## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

**U.S.A. vs. Clifford Williams**                                   **Docket No. 5:14-MJ-1165-1**

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Clifford Williams, who, upon an earlier plea of guilty to Driving While Impaired - Level 5 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 10, 2014, to 12 months probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 11, 2015, the defendant signed an admission that he used marijuana on June 8, 2015. The court was advised of an earlier positive drug test on April 17, 2015. We now recommend that probation be modified to require the defendant to serve 3 days in the custody of the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: July 1, 2015

### ORDER OF THE COURT

Considered and ordered this ___2___ day of ___July___, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge