UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Clifford Williams, Jr.**　　　　　　　　　　　　　　　　Docket No. 5:14-MJ-1165-1

**Petition for Action on Probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Clifford Williams, Jr., who, upon an earlier plea of guilty to Driving While Impaired – Level 5 in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. §13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 10, 2014, to 12 months probation under the conditions adopted by the court. On July 2, 2015, as a sanction for illegal drug use, the conditions of probation were modified to add a 3-day jail term, which the defendant served August 9-11, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 23, 2015, the defendant submitted a urine specimen which tested positive for marijuana. The defendant admitted that he used marijuana. We recommend a 5-day jail term and an extension of probation for six months as sanctions for the violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for six (6) months, to expire June 9, 2016.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert K. Britt　　　　　　　　　　　　　　　/s/ Thomas E. Sheppard
Robert K. Britt　　　　　　　　　　　　　　　　Thomas E. Sheppard
Senior U.S. Probation Officer　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2541
　　　　　　　　　　　　　　　　　　　　　　　Executed On: December 7, 2015

Clifford Williams, Jr.
Docket No. 5:14-MJ-1165-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___December___, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge